■ MID-ISLAND HOSPITAL, as Assignee, et al., Appellants, v EMPIRE MUTUAL INSURANCE COMPANY, Respondent.—In an action pursuant to Insurance Law § 5106 by two hospitals as

the assignees of certain patients to recover attorney's fees expended to recover unpaid benefits due under the no-fault provisions of the Insurance Law, the plaintiffs appeal from (1) a purported order of the Supreme Court, Nassau County (Levitt, J.), dated June 19, 1985, which denied the application, and (2) a judgment of the same court, which, upon reconsideration, awarded them attorney's fees only in the amount of $250 under 11 NYCRR 65.16 (c) (8) (viii) and (x) on five causes of action.

Appeal from the purported order dismissed. That paper is a decision from which no appeal lies.

Judgment affirmed.

The defendant is awarded one bill of costs.

Special Term properly found that the plaintiffs were entitled to attorney's fees of $50 on each of their five causes of action, as each claim was settled prior to the commencement of the instant action *(see,* Insurance Law § 5106 [a]; 11 NYCRR 65.16 [c] [8] [viii]). No interest could be awarded on those fees as, unlike other sections of that same regulation, none is provided for pursuant to 11 NYCRR 65.16 (c) (8) (viii). *(See also, Interboro Gen. Hosp. v Allcity Ins. Co.,* 119 AD2d 633.) Rubin, J. P., Lawrence, Kunzeman and Kooper, JJ., concur.